IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| LINDSAY COBB,<br>    Plaintiff,<br><br>v.<br><br>UNIFUND CCR, LLC,<br>BAUER, GRAVEL, FARNHAM,<br>JOHN J. BALKUNAS JR., and<br>ROBIN VESZPREMY<br><br>    Defendants. | Docket No. 1:14-cv-00254 |

### MEMORANDUM UPDATING COURT AS TO STATUS OF STATE ACTION

Pursuant to the Court's directive in its June 2, 2015 Ruling on Motion to Stay Proceedings, Defendants, by and through counsel, provide the following update to the Court on the status of the state action of Unifund CCR, LLC v. Lindsay Cobb, Docket No.166-4-14 Wmcv:

Mr. Cobb was deposed on June 30, 2015. The deposition was suspended and will be resumed by video in the next few weeks. The parties have agreed to file dispositive motions within two weeks of the deposition's completion.

The above was discussed with Attorney Kelsey at the deposition, and the parties agree regarding the status of the state case.

DATED at Burlington, Vermont, this 1st day of July, 2015.

                                        UNIFUND CCR, LLC,
                                        BAUER, GRAVEL, FARNHAM,
                                        JOHN J. BALKUNAS JR., and
                                        ROBIN VESZPREMY

By: _____
       Nicole A. Killoran, Esq.
       Bauer Gravel Farnham
       401 Water Tower Circle, Suite 101
       Colchester, VT 05446
       802/863-5538

